# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH
Commonwealth of Virginia

Case No. 3:14-cv-252

United States District Court Eastern District of Virginia ............ Circuit Court

Branch Banking and Trust Company     v.     Amy's Orchids, LLC and Amornrat Vongpitaka

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: ☒ Summons and Complaint     ☐ Notice

JUL 25 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

I, the undersigned Affiant, state under oath that
☐ the above-named defendant   ☒ Amornrat Vongpitaka
whose last known address is   ☐ same as above ☒ 2020 F. Street, NW, Apartment 525, Washington, DC 20006

1. ☒ is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).
2. ☐ is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

[____] is the hearing date and time on the attached process or notice.

7/14/2014
DATE
☐ PARTY  ☒ PARTY'S ATTORNEY  ☐ PARTY'S AGENT  ☐ PARTY'S REGULAR AND BONA FIDE EMPLOYEE

State of Virginia     ☒ City ☐ County of Roanoke
Acknowledged, subscribed and sworn to before me this day by Brittany N. Jenkins
PRINT NAME OF SIGNATORY

7-14-14
DATE
☐ CLERK  ☐ MAGISTRATE  ☒ NOTARY PUBLIC
Notary Registration No. 7229385     My commission expires: 7/31/16

Tammy Renee Johnson
Notary Public - ID# 7229385
Commonwealth of VA
My Com. Exps. 7-31-16

☒ Verification of the date of filing of the certificate of compliance is requested and a self-addressed stamped envelope is provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

## CERTIFICATE OF COMPLIANCE
I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On JUL 16 2014, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On JUL 22 2014, papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 11/07
VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Branch Banking and Trust Company, a<br>North Carolina banking corporation,<br><br>*Plaintiff(s)*<br>v.<br>Amy's Orchids, LLC and Amornrat Vongpitaka,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:14-cv-252<br>)<br>) REISSUE<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amornrat Vongpitaka
2020 F. Street, NW, Apartment 525
Washington, D.C. 20006-4218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Britteny N. Jenkins, Esq.
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia 24002-0090

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 11 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*